IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Williams Jackson, Shirrie T | Case Number: 08 B 05844 |
| | Judge: Hollis, Pamela S |
| Printed: 11/25/08 | Filed: 3/12/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: September 8, 2008
Confirmed: May 5, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 5,944.61 | |
| Secured: | | 688.41 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,831.50 |
| Trustee Fee: | | 244.70 |
| Other Funds: | | 2,180.00 |
| Totals: | 5,944.61 | 5,944.61 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,831.50 | 2,831.50 |
| 2. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 3. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 4. | Wilshire Credit Corp | Secured | 1,500.00 | 30.81 |
| 5. | Wilshire Credit Corp | Secured | 32,020.36 | 657.60 |
| 6. | Educational Credit Management Corp | Unsecured | 4,719.81 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 292.41 | 0.00 |
| 8. | Jefferson Capital Systems LLC | Unsecured | 387.79 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 507.64 | 0.00 |
| 10. | Jefferson Capital Systems LLC | Unsecured | 1,251.79 | 0.00 |
| 11. | Sprint Nextel | Unsecured | 727.28 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 186.35 | 0.00 |
| 13. | Midland Credit Management | Unsecured | 457.89 | 0.00 |
| 14. | AT&T Wireless | Unsecured | 358.19 | 0.00 |
| 15. | GE Money Bank | Unsecured | 189.74 | 0.00 |
| 16. | Asset Acceptance | Unsecured | | No Claim Filed |
| 17. | Keynote Consuling | Unsecured | | No Claim Filed |
| 18. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 19. | HSBC | Unsecured | | No Claim Filed |
| 20. | Capital One | Unsecured | | No Claim Filed |
| 21. | Keynote Consuling | Unsecured | | No Claim Filed |
| 22. | Superior Asset Management | Unsecured | | No Claim Filed |
| | | | $ 45,430.75 | $ 3,519.91 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Williams Jackson, Shirrie T

Printed: 11/25/08

Case Number: 08 B 05844
Judge: Hollis, Pamela S
Filed: 3/12/08

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 244.70 |
|  | $ 244.70 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

